Matter of Vann v Keyser (2023 NY Slip Op 00712)

Matter of Vann v Keyser

2023 NY Slip Op 00712

Decided on February 9, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 9, 2023

535543
[*1]In the Matter of Kouriockien Vann, Petitioner,
v
William F. Keyser, as Superintendent of Sullivan Correctional Facility, Respondent.

Calendar Date:January 6, 2023

Before:Egan Jr., J.P., Lynch, Clark, Aarons and Ceresia, JJ.

Kouriockien Vann, Fallsburg, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.
Petitioner commenced this CPLR article 78 proceeding challenging a tier II disciplinary determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the entitled relief, the petition must be dismissed as moot (see Matter of Dominguez v Wendland, 196 AD3d 991, 991 [3d Dept 2021]; Matter of Shepherd v Annucci, 193 AD3d 1134, 1134 [3d Dept 2021]). As the record reflects that petitioner paid a reduced filing fee of $15 and has requested a refund thereof, we grant such request and direct respondent to reimburse him that amount (see Matter of Nunez v Venettozzi, 210 AD3d 1170, 1171 [3d Dept 2022]).
Egan Jr., J.P., Lynch, Clark, Aarons and Ceresia, JJ., concur.
ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.